045892/01245/JJR

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

LANIS SOLOMON, JR.,

        Plaintiff,

v.

ARMOR CORRECTIONAL HEALTH, INC.,
et al., (HEALTHCARE-PROVIDERS,
MEDICAL DIRECTOR, NURSE
PRACTITIONERS),

        Defendants.

Case Number  19-cv-12

Judge

## CERTIFICATE OF SERVICE VIA MAIL

I, John J. Reid, an attorney, certifies that on November 19, 2019, the following

documents were served upon the following attorneys of record (please see attached service list),

via mail.

*Interrogatories and Requests for Production of Documents*

CASSIDAY SCHADE LLP


By: */s/ John J. Reid*

One of the Attorneys for Defendant, ARMOR
CORRECTIONAL HEALTH, INC., et al.,
(HEALTHCARE-PROVIDERS, MEDICAL
DIRECTOR, NURSE PRACTITIONERS)

John J. Reid
WI Bar No. 1057458
CASSIDAY SCHADE LLP
330 East Kilbourn Avenue, Suite 575
Milwaukee, WI 53202
(414) 224-1086
(414) 224-6044 – Fax
Jreid@cassiday.com

045892/01245/JJR
LANIS SOLOMON, JR. v. ARMOR CORRECTIONAL HEALTH, INC., et al.,
(HEALTHCARE-PROVIDERS, MEDICAL DIRECTOR, NURSE PRACTITIONERS)

## SERVICE LIST

PRO SE:
Lanis Solomon, Jr., 2018004326
949 North 9th Street
Milwaukee WI 53233

9330952 JREID;CWELSH