JPS

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2019 NOV 25 P 12:24
STEPHEN C. DRIES
CLERK

United States District Court
Eastern District of Wisconsin

Lanis E. Solomon, Jr.

    Plantiff,

v.                          Case No. 19-CV-12-JPS

Armor Correctional Health INC, Health Care Providers, and Nurse Practitioners,

    Defendants

## Motion and Motion to Dismiss "Without Prejudice"

I am requesting from the courts that the above case be Dismiss without prejudice.

Reasoning, I am not able to litigate and properly prepare the case as it proceeds. Milwaukee County Jail does not provide a legal library or Computer etc.

Signed on the 18th day of November 2019

Lanis E. Solomon Jr.