# UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LANIS SOLOMON, JR<br><br>    Plaintiff,<br><br>v.<br><br>ARMOR CORRECTIONAL HEALTH, INC., et al.,<br>(HEALTHCARE-PROVIDERS, MEDICAL DIRECTOR,<br>NURSE PRACTITIONERS)<br><br>    Defendants. | Case No. 19-CV-12 |

## DEFENDANT'S 37(b)(2) MOTION FOR SANCTIONS OR ALTERNATIVELY, TO DISMISS PURSUANT TO RULE 41(b)

NOW COMES Defendant, ARMOR CORRECTIONAL HEALTH INC., by its attorneys CASSIDAY SCHADE LLP, moves this honorable court for a dismissal of this lawsuit with prejudice and on the merits, pursuant to Fed. R. Civ. P. 37(b)(2), or alternatively, Fed. R. Civ. P. 41(b), for Plaintiff's failure to comply with discovery and failure to prosecute his case.

Plaintiff is further notified that any other documents accompanying this Motion are incorporated by reference herein. Any factual assertion in the declaration (and other admissible proof) submitted or referenced in support of the Defendant's motion will be accepted by the judge as true unless you submit affidavits or declarations or other admissible documentary evidence contradicting such assertion. Failure to oppose the Defendant's declaration (or other admissible proof) with your own affidavits or declarations (or other admissible proof) may result in entry of judgment against you.

Dated January 23, 2020.

                CASSIDAY SCHADE LLP

           By: */s/ John J. Reid*
                One of the Attorneys for Defendant, Armor Correctional Health Inc.

John J. Reid
Wis. Bar. No. 1057458
CASSIDAY SCHADE LLP
330 East Kilbourn Avenue, Suite 575
Milwaukee, WI 53202
(414) 224-1086
(414) 224-6044 – Fax
jreid@cassiday.com

9386199