# UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LANIS SOLOMON, JR<br><br>   Plaintiff,<br><br>v.<br><br>ARMOR CORRECTIONAL HEALTH, INC., et al.,<br>(HEALTHCARE-PROVIDERS, MEDICAL DIRECTOR,<br>NURSE PRACTITIONERS)<br><br>   Defendants. | Case No. 19-CV-12 |

## DECLARATION OF THOMAS C. KALLIES

**THOMAS C. KALLIES,** pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney licensed to practice law within the State of Wisconsin and in the U.S. District Court for the Eastern District of Wisconsin.

2. As of the date of the filing of this Declaration, neither I nor my law firm has received written discovery from Plaintiff.

3. As of the date of the filing of this Declaration, neither I nor my law firm received any correspondence from Plaintiff regarding the identities of the Doe Defendants as that term is used in the Courts Screening Order. (Dkt 12).

Pursuant to Sec. 28 USC Sec. 1746, I verify under penalty of perjury that the statements in this Declaration are true and correct and based upon my personal knowledge.

             /s/ Thomas C. Kallies
             Attorneys for Defendant,
             Armor Correctional Health Inc.

| | |
|---|---|
| Attorney | Thomas C. Kallies |
| | Wisconsin Bar No. 1094253 |
| | CASSIDAY SCHADE LLP |
| Address: | 330 E. Kilbourn Ave, Suite 575 |
| City: | Milwaukee Wisconsin 53202 |
| Telephone: | (414) 224-1086 |

9386201